# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DUANE R. BUCK & LINDA F. BUCK                    Case Number: 05-77829
        216 BROOKE ROAD                         SSN-xxx-xx-1934 & xxx-xx-5256
        ROCKFORD, IL 61109

|  |  |
|---|---|
| Case filed on: | 11/10/2005 |
| Plan Confirmed on: | 2/24/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 159.00 | 159.00 | 159.00 | 0.00 |
|  | Total Administration | 159.00 | 159.00 | 159.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,523.39 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,523.39 | 0.00 |
|  |  |  |  |  |  |
| 002 | INTERNAL REVENUE SERVICE | 2,555.15 | 2,555.15 | 0.00 | 0.00 |
|  | Total Priority | 2,555.15 | 2,555.15 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | DUANE R. BUCK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 29,652.99 | 2,500.00 | 1,249.31 | 272.46 |
|  | Total Secured | 29,652.99 | 2,500.00 | 1,249.31 | 272.46 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 0.00 | 27,152.99 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 130.02 | 130.02 | 0.00 | 0.00 |
| 004 | AFC MOBILE CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN ACCOUNTS MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMSHER COLLECTIONS | 354.50 | 354.50 | 0.00 | 0.00 |
| 010 | APRIA HEALTHCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ATTORNEY BRIAN K LARKIN | 411.57 | 411.57 | 0.00 | 0.00 |
| 014 | ATTORNEY DENNIS L LEAHY PC | 300.00 | 300.00 | 0.00 | 0.00 |
| 015 | BALDWIN EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | STOKES & CLINTON PC | 1,070.00 | 1,070.00 | 0.00 | 0.00 |
| 017 | BELLSOUTH REGIONAL | 134.40 | 134.40 | 0.00 | 0.00 |
| 018 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CAL CARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 513.13 | 513.13 | 0.00 | 0.00 |
| 021 | CARDIO-THORACIC & VASCULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CARMEL FINANCIAL CORPORATION | 5,435.61 | 5,435.61 | 0.00 | 0.00 |
| 024 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | DENNIS A BREBNER & ASSOCIATES | 1,144.03 | 1,144.03 | 0.00 | 0.00 |
| 030 | EASTERN SHORE HEART CENTER | 207.00 | 207.00 | 0.00 | 0.00 |
| 031 | EASTERN SHORE MED SPEC LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | FRANKLIN PRIMARY HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | GREEN POINT FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | B-LINE LLC | 690.78 | 690.78 | 0.00 | 0.00 |
| 037 | LAKE FOREST PROPERTY OWNERS ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MEDSTAR EMERGENCY MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NICOR GAS | 721.44 | 721.44 | 0.00 | 0.00 |
| 042 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | PORTFOLIO RECOVERY ASSOCIATES | 1,171.76 | 1,171.76 | 0.00 | 0.00 |
| 044 | RAB, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCKFORD AMBULATORY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | UNITED CREDIT SERVICE INC | 24.95 | 24.95 | 0.00 | 0.00 |
| 048 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 049 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ROCKFORD HEALTH PHYSICIANS | 837.53 | 837.53 | 0.00 | 0.00 |
| 051 | ROCKFORD MERCANTILE AGENCY INC | 234.73 | 234.73 | 0.00 | 0.00 |
| 052 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | SHELL CREDIT CARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | EASTERN SHORE ANESTHESIA | 4,555.00 | 4,555.00 | 0.00 | 0.00 |
| 055 | STOKES & CLINTON PC | 30.00 | 30.00 | 0.00 | 0.00 |
| 056 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | THOMAS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | UNITED CREDIT NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | UTILITIES BOARD OF THE CITY OF DAPH | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | VIKING COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | ILLINOIS BELL TELEPHONE CO | 773.24 | 773.24 | 0.00 | 0.00 |
| 063 | ATTORNEY BRIAN K LARKIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | CAPITAL ONE | 765.04 | 765.04 | 0.00 | 0.00 |
| 065 | CAPITAL ONE | 669.24 | 669.24 | 0.00 | 0.00 |
| 066 | B-LINE LLC | 569.20 | 569.20 | 0.00 | 0.00 |
| 067 | LAW OFFICES OF MITCHELL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 20,743.17 | 47,896.16 | 0.00 | 0.00 |
| | Grand Total: | 55,810.31 | 55,810.31 | 2,931.70 | 272.46 |

Total Paid Claimant:        $3,204.16
Trustee Allowance:        $195.84
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan